1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CELERINO CARRASCO,

        Plaintiff,

  v.

DEPARTMENT OF HOMELAND
SECURITY *et al.,*

        Defendants.

Case No.  C06-5104RJB

ORDER GRANTING
APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    The Court, having reviewed plaintiff's application to proceed in forma pauperis (Dkt. # 5), does hereby find and ORDER.

    (1) Plaintiff's declaration indicates he is unable to afford the court's filing fee or give security therefor.  Accordingly, plaintiff's application to proceed as a pauper is **GRANTED.**

    (2)  The Clerk is directed to send plaintiff a copy of this Order and the General Order.

    DATED this 22nd day of June, 2006.

                             */S/ J. Kelley Arnold*
                             J. Kelley Arnold
                             United States Magistrate Judge

ORDER
Page - 1