UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CELERINO CARRASCO,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES GOVERNMENT, DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>                Defendants. | Case No. C06-5104RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE AND DISMISSING CASE |

      This matter comes before the court on the Report and Recommendation of the magistrate judge. Dkt. 18. The court has considered all the entire record in this case.

      Plaintiff filed a civil rights complaint and is proceeding *in forma pauperis*. He has already filed an amended complaint in this case. Dkt. 7. February 12, 2007, the magistrate judge issued a Report and Recommendation, recommending that this case be dismissed without prejudice for failure to properly serve defendants with a summons and copy of the complaint, or in the alternative, that the court should dismiss the matter with prejudice because plaintiff has failed to state any cognizable claim against any individual participant. Dkt. 18.

      On February 20, 2007, plaintiff filed objections to the Report and Recommendation. Dkt. 19. The objections included exhibits, showing that plaintiff sent copies of the summons and complaint, through the Mexican postal service. Dkt. 19, Exh. 1-3. The envelopes are addressed as follows:

ORDER
Page - 1

To: Correctional Service Corporation
G.c Wilson and C. Cheek
1623 East "J" Street
Suite 2 Tacoma Wa.
98421.

Dkt. 19, Exh. 1 and 2.

On March 2, 2007, the court received two documents that were filed in this case. The documents are captioned "Supersiding [sic] Objections and Appeal Against Order Dismissed" (Dkt.20) and "Supersiding [sic] Objections for Purposes of Appeal and Against Order of Dismissal" (Dkt. 21). It is unclear whether plaintiff intended that the court consider these documents in reference to C06-5084RJB or in reference to this case. It is also unclear whether plaintiff intended these documents to be objections to the Report and Recommendation or to be a Notice of Appeal. In an effort to give plaintiff every benefit of the doubt, the court has considered all of these documents in reference to this case and to C06-5084RJB. In addition, the court has considered these the two documents filed on March 2, 2007 to be objections to the Report and Recommendations in this case and in C06-5084RJB, and to constitute notices of appeal in both of the cases.

The Report and Recommendation clearly and thoroughly sets forth the procedural history in this case. Plaintiff has not properly served any of the named defendants, as he has been ordered to do. Sending a copy of the summons and complaint to the Correctional Service Corporation is not adequate service, under Fed.R.Civ.P. 4, with respect to the United States Government or the Department of Homeland Security. He was informed of his responsibility to properly serve the named defendants. Although plaintiff is now residing in Mexico, he has had adequate time and opportunity to properly serve defendants, and to provide proof of service. He has failed to effectuate proper service under Fed.R.Civ.P. 4. Plaintiff believes that sending a summons and/or complaint through the mail to the Correctional Services Corporation of America, the United States Department of Homeland Security, and U.S. Citizenship Immigration Service constitutes adequate service. The magistrate judge thoroughly and carefully reviewed the requirements for proper service of a summons and complaint; plaintiff did not comply with those requirements. Accordingly, the court should dismiss this case.

Furthermore, the court concurs with the conclusion of the magistrate judge that plaintiff has failed to state a civil rights claim against any of the named defendants. It is not appropriate for the court to

ORDER
Page - 2

1 permit plaintiff to file an amended complaint in an attempt to cure any deficiencies, since he has already
2 filed an amended complaint.
3 The court has previously vacated the judgment in this case so that documents plaintiff untimely filed
4 could reviewed on the merits. Any documents received from plaintiff after judgment is again entered in
5 this case should be placed in the file by the Clerk, but the court will not consider them.
6 Therefore, it is hereby
7 **ORDERED** that the Report and Recommendation of the magistrate judge (Dkt. 18) is
8 **ADOPTED**. This case is **DISMISSED. The Clerk is directed to file any documents received from**
9 **plaintiff after judgment is entered, but the court will not consider them.** The Clerk is further directed
10 to file the following documents as a Notice of Appeal in this case: the document captioned "Supersiding
11 [sic] Objections and Appeal Against Order Dismissed" (Dkt. 20); and "Supersiding Objections of Appeal
12 and Against Order of Dismissal" (Dkt. 21)
13 The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any
14 party appearing *pro se* at said party's last known address.
15 Dated this 9th day of March, 2007.

/s/ Robert J. Bryan
Robert J. Bryan
United States District Judge