# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CELERINO CARRASCO | JUDGMENT IN A CIVIL CASE |
| v. | |
| UNITED STATES GOVERNMENT, et al | CASE NUMBER: C06-5104RJB |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    The Report and Recommendation of the magistrate judge, Dkt #18, is ADOPTED. This case is DISMISSED. The clerk is directed to file any documents received from plaintiff after judgment is entered, but the court will not consider them. The clerk is further directed to file the following documents as a Notice of Appeal in this case: the document captioned "Supersiding [sic] Objections and Appeal Against Order Dismissed," Dkt #20; and "Supersiding Objections of Appeal and Against Order of Dismissal," Dkt #21.

|   |   |
|---|---|
| March 13, 2007 | BRUCE RIFKIN |
|  | Clerk |
|  |  |
|  | /s/ Dara L. Kaleel |
|  | By Dara L. Kaleel, Deputy Clerk |